UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

| | | |
|---|---|---|
| *In re:* | : | Chapter 7 |
|     Theodore R. Malloch, Jr., and | : | Case No. 13-22269(AMN) |
|     Beth E. Malloch, | : | |
|         *Debtors* | : | |
| | : | |
| One Bank & Trust, N.A., | : | Adv. Pro. No.: 14-02004 |
|     *Plaintiff*, | : | |
| v. | : | |
| | : | |
| Theodore R. Malloch, Jr., and | : | |
| Beth E. Malloch, | : | |
|     *Defendants* | : | |
| | : | Re: ECF No. 106 |

### Order Granting Motion for Default Judgment

Plaintiff One Bank & Trust, N.A. (the "Plaintiff") filed a complaint against debtors Theodore R. and Beth E. Malloch (the "Defendants") on January 28, 2014.  ECF No. 1.  Initially, the Defendants filed answers to the complaint and later amended answers to the complaint.  ECF Nos. 6, 7, 20 and 21.

However, the Defendants then filed withdrawals of their answers, after which the Plaintiff moved for default.  ECF No. 91 and 100.  The Clerk entered default against the Defendants on October 30, 2015, and the Plaintiff subsequently filed a motion for default judgment, which the Defendants did not oppose.  ECF Nos. 102 and 106.

After notice and a hearing on December 3, 2015, it is hereby

ORDERED, that default judgment is entered in favor of the Plaintiff pursuant to Fed.R.Civ.P. 55 as incorporated by Fed.R.Bankr.P. 7055 for the Defendants' failure to defend the action.

Dated at Hartford, Connecticut on December 10, 2015



Ann M. Nevins
United States Bankruptcy Judge
District of Connecticut