United States Bankruptcy Court
District of Connecticut

One Bank & Trust, N.A.,
    Plaintiff
                                          Adv. Proc. No. 14-02004-amn

Malloch, Jr.,
    Defendant

## CERTIFICATE OF NOTICE

District/off: 0205-2        User: bleible        Page 1 of 1        Date Rcvd: Dec 11, 2015
                     Form ID: pdfdoc2     Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 13, 2015.
```
dft         +Beth E. Malloch,   c/o Mr. & Mrs. Miller,   3547 Old Hickory Lane,   Medina, OH 44256-9604
defaty      +Gregory F. Arcaro,   Grafstein & Arcaro, LLC,   10 Melrose Drive,   Farmington, CT 06032-2260
pla         +One Bank & Trust, N.A.,   300 West Capitol Avenue,   P.O. Box 34113,
              Little Rock, AR 72203-4113
dft         +Theodore R. Malloch, Jr.,   c/o Mr. & Mrs. Miller,   3547 Old Hickory Lane,
              Medina, OH 44256-9604
med         +Thomas A. Gugliotti,   Updike, Kelly and Spellacy,   P.O. Box 231277,   Hartford, CT 06123-1277
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
ust          +E-mail/Text: ustpregion02.nh.ecf@usdoj.gov Dec 11 2015 18:25:50      U. S. Trustee,
              Office of the U.S. Trustee,   Giaimo Federal Building,   150 Court Street, Room 302,
              New Haven, CT 06510-2022
                                                                                              TOTAL: 1
```

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
ust             William K. Harrington, United States Trustee for R
                                                                                   TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 13, 2015                                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 11, 2015 at the address(es) listed below:
```
              Anthony  Novak    AnthonySNovak@aol.com,   ct07@ecfcbis.com
              Anthony S. Novak    on behalf of Trustee Anthony  Novak AnthonySNovak@aol.com,   ct07@ecfcbis.com
              Frank Stewart Headlee    on behalf of Plaintiff    One Bank & Trust, N.A.
               sheadlee@hopkinslawfirm.com
              Gregory Michael Hopkins    on behalf of Plaintiff    One Bank & Trust, N.A.
               ghopkins@hopkinslawfirm.com
              Michael J. Kopsick    on behalf of Plaintiff    One Bank & Trust, N.A. mkopsick@kkc-law.com
              Thomas A. Gugliotti    on behalf of Mediator Thomas A. Gugliotti tgugliotti@uks.com
                                                                                              TOTAL: 6
```

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

| | |
|---|---|
| *In re:* : | Chapter 7 |
|    Theodore R. Malloch, Jr., and : | Case No. 13-22269(AMN) |
|    Beth E. Malloch, : | |
|       *Debtors* : | |
| : | |
| One Bank & Trust, N.A., : | Adv. Pro. No.: 14-02004 |
|    *Plaintiff*, : | |
| v. : | |
| : | |
| Theodore R. Malloch, Jr., and : | |
| Beth E. Malloch, : | |
|    *Defendants* : | |
| : | Re: ECF No. 106 |

Order Granting Motion for Default Judgment

Plaintiff One Bank & Trust, N.A. (the "Plaintiff") filed a complaint against debtors Theodore R. and Beth E. Malloch (the "Defendants") on January 28, 2014. ECF No. 1. Initially, the Defendants filed answers to the complaint and later amended answers to the complaint. ECF Nos. 6, 7, 20 and 21.

However, the Defendants then filed withdrawals of their answers, after which the Plaintiff moved for default. ECF No. 91 and 100. The Clerk entered default against the Defendants on October 30, 2015, and the Plaintiff subsequently filed a motion for default judgment, which the Defendants did not oppose. ECF Nos. 102 and 106.

After notice and a hearing on December 3, 2015, it is hereby

ORDERED, that default judgment is entered in favor of the Plaintiff pursuant to Fed.R.Civ.P. 55 as incorporated by Fed.R.Bankr.P. 7055 for the Defendants' failure to defend the action.

Dated at Hartford, Connecticut on December 10, 2015

*Ann M. Nevins*
United States Bankruptcy Judge
District of Connecticut